# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

ARTEZ OLIVER                                                    PLAINTIFF

v.                              No: 3:25-cv-295-DPM

HALEY HOOTON, Jail Administration,
Mississippi County;
BO MCCOLLUM, Captain/Jail Administrator,
Mississippi County Detention Center;
Matthew MCCLAIN, Chief Jailer,
Mississippi County Detention;
FREEMAN, C/O, Mississippi County
Detention

                                                               DEFENDANTS

## ORDER

1.    The Court withdraws the reference.

2.    Oliver hasn't paid the $405 filing and administrative fees and the time to do so has passed. *Doc. 4.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 April 2026