# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

ARTEZ OLIVER                                                              PLAINTIFF

v.                            No: 3:25-cv-295-DPM

HALEY HOOTON,  Jail Administration,
Mississippi County;
BO MCCOLLUM, Captain/Jail Administrator,
Mississippi County Detention Center;
Matthew MCCLAIN, Chief Jailer,
Mississippi County Detention;
FREEMAN, C/O, Mississippi County
Detention                                                              DEFENDANTS

## JUDGMENT

Oliver's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

8 April 2026